# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Thompson v. ICUL Service Corp. Case Number: 20-cv-07240

An appearance is hereby filed by the undersigned as attorney for:

Ronald R. Peterson, as chapter 7 trustee for the estate of Aquanette Thompson

Attorney name (type or print): Ronald R. Peterson

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 2188473
(See item 3 in instructions)

Telephone Number: 312-222-9350

Email Address: rpeterson@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 10, 2021

Attorney signature: S/ Ronald R. Peterson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015